UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 16, 2008

**CASE INFORMATION:**
Short Case Title:  JONATHAN LEE RICHES-v- TOM CRUISE
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco Division - Judge Martin J. Jenkins
Criminal and/or Civil Case No.:  CV 07-05879 MJJ
Date Complaint/Indictment/Petition Filed: 11/20/07
Date Appealed order/judgment *entered* 12/19/07
Date NOA *filed* 1/8/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):      ☐ granted in full (attach order)      ☐ denied in full (send record)
                             ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: n/a

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 1/16/08
Date FP granted:                          Date FP denied:
Is FP pending?  ☐ yes  ☐ no                                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: see docket sheet              Appellee Counsel: see docket sheet



☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                   9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Simone Voltz
                                                    415-522-2016

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 16, 2008

**CASE INFORMATION:**
Short Case Title:  <u>JONATHAN LEE RICHES</u>-v- <u>TOM CRUISE</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco Division - Judge Martin J. Jenkins</u>
Criminal and/or Civil Case No.:  <u>CV 07-05879 MJJ </u>
Date Complaint/Indictment/Petition Filed: <u>11/20/07</u>
Date Appealed order/judgment *entered* <u>12/19/07</u>
Date NOA *filed* <u>1/8/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)      ☐ denied in full (send record)
                           ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: <u>n/a</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                           Date Docket Fee Billed: <u>1/16/08</u>
Date FP granted:                                 Date FP denied:
Is FP pending?  ☐ yes   ☐ no                                        Was FP limited ☐?  Revoked ☐?
US Government Appeal?  ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: see docket sheet                          Appellee Counsel: see docket sheet




☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                    Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                       9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Simone Voltz</u>
                                              415-522-2016