**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

January 16, 2008

Clerk  
U.S. Court of Appeals  
For the Ninth Circuit  
P.O. Box 193939  
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05879 MJJ**

**CASE TITLE: JONATHAN LEE RICHES-v-TOM CRUISE**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the Notice of Appeal and the Certificate of Record in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                                Sincerely,

                                RICHARD W. WIEKING, Clerk

                                by: <u>Simone Voltz</u>  
                                Case Systems Administrator

cc: Counsel of Record