**FILED**

UNITED STATES COURT OF APPEALS

08 FEB -5 PM [illegible]

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR THE NINTH CIRCUIT

**FILED**

FEB 04 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>TOM CRUISE; et al.,<br><br>    Defendants - Appellees. | No. 08-15123<br><br>D.C. No. CV-07-05879-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days after the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule. 42-1. The Clerk shall send a copy of Form 4 to appellant

                For the Court:

                CATHY A. CATTERSON
                Clerk of the Court

                *Corina Orozco*
                Corina Orozco
                Deputy Clerk
                Local Rule 27-7