UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>Appellant<br><br>v.<br><br>TOM CRUISE, et al.,<br><br>Appellees | No. 08-15123<br>D.C. No. CV-07-05879-MJJ<br><br><br>**ORDER** |



A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

By: Corina Orozco
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 12 2008

by [signature]
Deputy Clerk

Docket as of February 28, 2008 10:55 am          Page2   NON-PUBLIC

MOATT

INTERNAL USE ONLY: Proceedings include all events.
08-15123 Riches v. Cruise, et al

JONATHAN LEERICHES          Jonathan Lee Riches
    Plaintiff - Appellant      #40948-018
                [NTC prs]
                FCIW - FEDERAL CORRECTIONAL
                INSTITUTION (WILLIAMSBURG)
                P.O. Box 340
Salters, SC 29590


    v.

TOM CRUISENo appearance
    Defendant - Appelleeno appearance
                Street Address
                City,
Country

KATIE HOLMESNo appearance
    Defendant - Appellee    (See above)

SURI CRUISE-HOLMES          No appearance
    Defendant- Appellee     (See above)

PENELOPE CRUZNo appearance
    Defendant - Appellee    (See above)