**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

March 19, 2008

CASE NUMBER:    **CV 07-05879 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- TOM CRUISE**
DATE MANDATE FILED:    3/13/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Distribution:    CIVIL    -    Counsel of Record

CRIMINAL    -    Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16