# FILED

MAY 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Jonathan Lee Riches,
Plaintiff

v.                                    Case No: CV 07-05879

Tom Cruise, et Al,
Defendants

Motion For Judges Recusal under 28 USC 455 (A)(B)
Motion For Counsel

Plaintiff moves to have Judge Jenkins recuse themselves under 28 USC 455 (A)(B) because of conflicts of Interest and Financial Interest with Tom Cruise. Jenkins watches Tom Cruise Movies and pay money for his Duds, this bias prevented plaintiff from recieving a fair hearing. Plaintiffs constitutional rights are violated. Plaintiff seeks counsel with this case.
Tom Cruise missles are After Me

843-387-9400